IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS KAISER, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 15-266 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| BRIAN V. COLEMAN, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On May 4, 2015, the Magistrate Judge issued a Report (Doc. 3) recommending that Petitioner's action be dismissed for failure to prosecute. Service of the Report and Recommendation was made on Petitioner, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is ORDERED that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute, as described in the Magistrate Judge's Report and Recommendation (Doc. 3), which hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

May 29, 2015

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via First-Class U.S. mail):

Thomas Kaiser
KN 3015
S.C.I. Fayette
P.O. Box 9999
LaBelle, PA  15450-0999